1
2
3
4
5
6
7
8           **UNITED STATES DISTRICT COURT**
9           **SOUTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11  BERHANU JACOB, | CASE NO. 08cv2303 BTM(JMA) |
| 12                              Plaintiff, | **ORDER DENYING MOTION FOR SUMMARY JUDGMENT WITHOUT** |
| 13       vs. | **PREJUDICE IN LIGHT OF AMENDED COMPLAINT; ORDER** |
| 14  COUNTRYWIDE HOME LENDER, et al., | **DISMISSING AMENDED COMPLAINT FOR FAILURE TO** |
| 15                              Defendants. | **STATE A CLAIM** |

16

17          On August 10, 2009, Plaintiff, proceeding pro se, filed a motion for summary

18  judgment.  On August 25, 2009, the Court received from Plaintiff an Amended Complaint

19  which appears to state different claims than the original Complaint.  In light of the Amended

20  Complaint, the Court **DENIES** the pending motion for summary judgment without prejudice.

21  Furthermore, the Court **DISMISSES** Plaintiff's Amended Complaint for failure to state a claim.

22  The Amended Complaint is largely incomprehensible  and does not provide the Court with

23  any idea of what Plaintiff claims each defendant did to violate his rights under federal law

24  and/or state law.

25          The Court grants Plaintiff leave to file a Second Amended Complaint correcting the

26  deficiencies noted above.  The Second Amended Complaint must clearly and concisely

27  describe what law(s) each defendant allegedly violated, what the defendant did to violate the

28  law, how Plaintiff was harmed by the defendant(s) actions, and what relief Plaintiff claims he

08cv2303 BTM(JMA)

1  is entitled to.  The Second Amended Complaint must be filed on or before **September 28,**

2  **2009.**  Failure to do so will result in the closing of this case.

3  **IT IS SO ORDERED.**

4

5  DATED:  August 27, 2009

6

7  Honorable Barry Ted Moskowitz
   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

08cv2303 BTM(JMA)